IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40719
_____

JACKIE COLEMAN, JR.; ET AL.,

                                                    Plaintiffs,

WILLIE A. MILTON,

                                                    Plaintiff-Appellant,

versus

WAYNE SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION; GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL
DIVISION; D. L. STACKS, Warden; J. SHARP, Warden, L. MCLINE,
Classification Supervisor; J. M. Thomas, Major; L. REEVES, Major; R.
KNOTTS, Lieutenant,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(G-96-CV-265)
_____

September 16, 1999

Before REAVLEY, HIGGINBOTHAM and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Prior panels of this court in No. 98-40720 and No. 98-40731 have rejected

the same arguments of the appellant as frivolous and Appellant is barred from filing

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

any civil action or appeal *in forma pauperis* unless he is under imminent danger of serious physical injury.

APPEAL DISMISSED; Appellant Barred.  *See* 28 U.S.C. § 1915(g).